NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

DOUGLAS MAX BOLDT, *Petitioner.*

No. 1 CA-CR 25-0368 PRPC

FILED 04-02-2026

Petition for Review from the Superior Court in Yavapai County
No. P1300CR20010395
The Honorable Debra R. Phelan, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Camp Verde
By Jason Nunez
*Counsel for Respondent*

Douglas Max Boldt, Florence
*Petitioner Pro Se*

---

## MEMORANDUM DECISION

Presiding Judge David B. Gass, Judge Anni Hill Foster, and Chief Judge Randall M. Howe delivered the decision of the Court.

---

**PER CURIAM:**

**¶1**        Douglas Max Boldt petitions this Court for review from the superior court's summary dismissal of his successive petition for post-conviction relief. We have considered his petition and grant review but deny relief.

**¶2**        We review the superior court's ruling on a petition for post-conviction relief for an abuse of discretion, "which occurs if the court makes an error of law or fails to adequately investigate the facts necessary to support its decision." *State v. Bigger*, 251 Ariz. 402, 407 ¶ 6 (2021). The petitioner bears the burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review). We will affirm the trial court's ruling if legally correct for any reason. *See State v. Perez*, 141 Ariz. 459, 464 (1984).

**¶3**        We have reviewed the record in this matter, the superior court's order dismissing the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.

